**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | Case: 1:25-mj-00273 |
| | : | Assigned To: Judge Upadhyaya, Moxila A. |
| **ZIA UR RAHMAN ALKOZAI,** | : | Assign. Date: 12/2/2025 |
| | : | Description: COMPLAINT W/ARREST WARRANT |
| **Defendant.** | : | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I**,** Mohammed Aizaz Tareen**,** being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.     I make this affidavit in support of a criminal complaint charging ZIA UR RAHMAN ALKOZAI (ALKOZAI) with violations of 18 U.S.C. § 1960(a) (Prohibition of unlicensed money transmitting businesses) and 18 U.S.C. § 1956(a)(2)(A) (Laundering of monetary instruments).

2.     Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.     Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

## AFFIANT BACKGROUND

4.     I am a Special Agent with the Federal Bureau of Investigation (FBI), Washington Field Office, and have been so employed since December 2022. As a Special Agent, I have

1

investigated numerous violations of federal law, including but not limited to matters involving financial crimes. Before joining the FBI, I was a Special Agent with the Diplomatic Security Service (DSS) for seven years, where, as part of my regular duties, I conducted investigations into numerous criminal violations, including but not limited to money laundering and wire fraud at the DSS Miami Field Office, as well as counterterrorism and threat intelligence investigations at U.S. Embassies in Niger, Jordan, Afghanistan, and the Democratic Republic of the Congo. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

5.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.     Based on my training and experience and the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that ALKOZAI has committed violations of 18 U.S.C. § 1960(a) (Prohibition of unlicensed money transmitting businesses) and 18 U.S.C. § 1956(a)(2)(A) (Laundering of monetary instruments).

**<u>JURISDICTION</u>**

7.     This Court has jurisdiction to issue the requested warrant because it is a "court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), and (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). As discussed more fully below,

2

acts or omissions in furtherance of the offenses under investigation occurred within Washington, D.C. See 18 U.S.C. § 3237.

## RELEVANT STATUTES

8.      Section 1960(a) of Title 18 provides, "Whoever knowingly conducts, controls, manages, supervises, directs, or owns all or part of an unlicensed money transmitting business, shall be fined in accordance with this title or imprisoned not more than 5 years, or both.

9.      Section 1960(b) of Title 18 provides, in pertinent part,

> As used in this section—(1) the term "unlicensed money transmitting business" means a money transmitting business which affects interstate or foreign commerce in any manner or degree and—(A) is operated without an appropriate money transmitting license in a State where such operation is punishable as a misdemeanor or a felony under State law, whether or not the defendant knew that the operation was required to be licensed or that the operation was so punishable, or (B) fails to comply with the money transmitting business registration requirements under [31 U.S.C. § 5330], or regulations prescribed under such section.

10.     Section 1960(b)(2) defines the term "money transmitting" to include "transferring funds on behalf of the public by any and all means including but not limited to transfers within this country or to locations abroad by wire, check, draft, facsimile, or courier."

11.     Pursuant to 18 U.S.C. § 1960(b)(3), the term "State" includes the District of Columbia.

12.     In the District of Columbia, under DC Code 26-1023(c), any person who engages in the business of money transmission without a license shall be guilty of a felony.

13.     Section 5330 of Title 31 requires registration with the Secretary of the Treasury by "[a]ny person who owns or controls a money transmitting business shall register the business

(whether or not the business is licensed as a money transmitting business in any State)" not later than the 180-day period beginning on the date on which the business is established.

14.     Section 1956(a)(2)(A) provides, in pertinent part:

> (a)(2) Whoever transports, transmits, or transfers, or attempts to transport, transmit, or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States—
>
> (A) with the intent to promote the carrying on of specified unlawful activity . . . shall be sentenced to a fine of not more than $500,000 or twice the value of the monetary instrument or funds involved in the transportation, transmission, or transfer, whichever is greater, or imprisonment for not more than twenty years, or both.
>
> (c) As used in this section—
>
> (7) the term "specified unlawful activity" means—
>
> (A) any act or activity constituting an offense listed in section 1961(1) of this title except an act which is indictable under subchapter II of chapter 53 of title 31.

Section 1961(l) of Title 18 lists any acts that are indictable under Section 1960 (relating to illegal money transmitters) as one of the specified offenses.

## PROBABLE CAUSE

### Summary of Probable Cause

15.     From at least in or around July 2021 to in or around February 2024, ALKOZAI, at times using his now-defunct company, BZEE LLC (BZEE), has conducted an unlicensed money transmitting business in the District of Columbia and elsewhere. During this time, ALKOZAI has transferred money to and from various individuals and entities in the United States and overseas through bank and cryptocurrency accounts controlled by ALKOZAI. Through his unlicensed money services business, ALKOZAI has moved at least $4 million between bank and

4

cryptocurrency accounts controlled both by him and third parties. Of that sum, ALKOZAI used his unlicensed money services business to launder at least $2.2 million internationally.[1]

16.    As more fully discussed below, ALKOZAI has acted knowingly. First, based on the facts underlying his December 2021 arrest and charges of conspiracy to launder money and conspiracy to traffic heroin, ALKOZAI knows how to use the "hawala"[2] system of money transfers to covertly transfer drug proceeds in and out of the United States as payment for heroin shipped out of Pakistan. Second, ALKOZAI has at times used structuring or multiple wire transfers to hide his unlicensed money transmitting. Third, ALKOZAI has used a mix of hosted and unhosted wallets[3] to move millions of dollars between persons and entities in the United States and those overseas, often using internal transfers between accounts he controls to further obfuscate this activity. ALKOZAI's use of unhosted wallets has made it much more difficult to uncover his illegal activity, as he has complete control over the transactions in these wallets with no third-party involvement. Fourth, ALKOZAI has concealed his money transmitting business, including from banks and from U.S. Citizenship and Immigration Services (USCIS) officials. Taken together, these facts show that ALKOZAI is aware of the illegal nature of his activities.

---

[1] This number represents funds moved by ALKOZAI through bank and cryptocurrency accounts opened in his name. An additional $8 million has been traced through unhosted cryptocurrency accounts linked to ALKOZAI's known accounts. The $8 million was sent to recipients residing overseas.

[2] A hawala is a popular and informal value transfer system based on the performance and honour of a huge network of money brokers (known as hawaladars).

[3] An unhosted wallet, also known as a self-hosted or non-custodial wallet, is a virtual currency wallet through which the user has complete control over storing and securing their private keys and virtual currency. Unhosted wallets do not require a third party's involvement (*e.g.*, a virtual currency exchange) to facilitate a transaction involving the wallet. By contrast, a hosted wallet, also known as a custodial wallet, is a virtual currency wallet through which a third party, *e.g.*, a virtual currency exchange, holds a user's private keys. The third party maintains the hosted wallet on its platform akin to how a bank maintains a bank account for a customer, allowing the customer to authorize virtual currency transactions involving the hosted wallet only by logging into/engaging with the third party's platform.

**Background on ALKOZAI and BZEE**

17.     ALKOZAI, born in 1989, is a citizen of Afghanistan and resident of Virginia who is currently in Removal Proceedings[4] before the Executive Office of Immigration Relief. On December 2, 2021, ALKOZAI was arrested by Drug Enforcement Administration agents in New York and charged with conspiracy to launder money and conspiracy to traffic heroin. The U.S. Attorney's Office for the Southern District of New York declined to prosecute, and the charges were dropped. The facts developed in that investigation indicated that ALKOZAI was providing unlicensed money services to the conspirators. As detailed below, I believe that ALKOZAI has continued this illegal activity, operating an unlicensed money transmitting business and laundering money involved in that business in the District of Columbia and elsewhere.

18.     ALKOZAI has concealed his unlicensed money transmitting business on bank account forms and in interviews with USCIS. Specifically, on bank accounts opened in March and June 2023, ALKOZAI listed his occupation as a business owner who operates a "wholesale trade" business that focuses on "importing and exporting" and an "Executive" with an income of $100,000 per year, respectively. Furthermore, the client profile associated with U.S. Bank 1 indicated ALKOZAI was "self-employed" at BZEE with annual sales of $250,000.

19.     Additionally, during ALKOZAI's March 8, 2024 interview with USCIS officials, ALKOZAI stated that he operated a small business that exported almonds from California to individuals and businesses overseas. ALKOZAI further stated that he previously worked as a delivery driver for various named delivery services, but that he had stopped doing that because he was too busy between his business and being a full-time student. Despite these claims and as detailed below, from at least July 2021 to February 2024, ALKOZAI has conducted an unlicensed

---

[4] ALKOZAI's next hearing before an Immigration Judge is scheduled for September 18, 2026.

money transmitting business and engaged in international money laundering in the District of Columbia and elsewhere.

20.     ALKOZAI incorporated BZEE on July 8, 2021. ALKOZAI is listed as the Registered Agent of BZEE, with [redacted]@GMAIL.COM listed for an email address. BZEE filed Articles of Cancellation, rendering BZEE inactive, on September 2, 2023.

21.     ALKOZAI opened a bank account with U.S. Bank 1 on July 22, 2021. U.S. Bank 1 records list the name and home address associated with the account as "Zia Ur Rahman Alkozai" and an identified address in Washington, D.C. U.S. Bank 1 records further show an email address associated with the account as [redacted]@GMAIL.COM (ALKOZAI's email account). ALKOZAI's employer is listed as "BZEE LLC" (BZEE).

22.     On July 22, 2021, ALKOZAI opened an account in the name of BZEE at U.S. Bank 1. The physical address, phone number, and email associated with the BZEE account are listed as follows: the same address found in the U.S. Bank 1 records, 202-251-xxxx, and [redacted]@GMAIL.COM.

### Suspicious Transfers Made to/from BZEE's Account(s)

23.     Bank records obtained through the FBI's investigation show a distinct pattern of ALKOZAI providing unlicensed money remitting services. On multiple occasions, ALKOZAI received payments from companies with which he has no apparent affiliation and then sent a portion of that money to other, also apparently unaffiliated, companies. As such, he appears to be knowingly transferring funds on behalf of the public as part of a business for which he has no license.

24.     U.S. Bank 1 records for July 2021 to July 2023 show a total inflow of $527,557 to accounts held by ALKOZAI and BZEE. These same returns show a total outflow of $526,557. Of

this first amount, approximately $5,000 or 1% of total inflows received in the account, appears to be income from a rideshare platform for which ALKOZAI is believed to have worked. Other inflows into each of these accounts are represented by wire transfers, Zelle payments, and deposits from companies and individuals with unknown relationships to ALKOZAI or BZEE. Of the total inflows during this time, only $3,400 are from known family members.

25.    On or about September 20, 2021, ALKOZAI received a $50,000 wire transfer from a purported real estate development limited liability company (LLC) based in Virginia. Subsequently, cash withdrawals from accounts held by ALKOZAI and BZEE were made from branches located in Washington, D.C., on or about September 20, 2021, for $9,000; in Northern Virginia on or about September 24, 2021, for $9,700 and $10,000; and in Washington, D.C., on or about October 25, 2021, for $9,500. The total amount of these cash withdrawals is approximately $38,200. The purpose of this activity and connection of the LLC to ALKOZAI is unknown.

26.    On or about January 20, 2023, BZEE received an incoming wire of $12,000 from an appliance repair business in Sacramento, California. There is no known connection between this company and ALKOZAI or BZEE. Ten days later, on or about January 30, 2023, two cash withdrawals were made for $6,000 and $6,500, from U.S. Bank 1 branches in Washington, D.C.

27.    Bank records from U.S. Bank 1 further reveal that on or about May 25, 2023, ALKOZAI, through BZEE, transmitted a $120,000 wire transfer to U.S. Company 1, a luxury automobile dealer located in California. As part of this investigation, FBI agents spoke with a detective in California regarding the wire transfer to U.S. Company 1. The detective revealed that

the $120,000 wire was sent on behalf of an individual (INDIVIDUAL 1) living outside the United States for the stated purpose of purchasing a luxury automobile.

28.    The $120,000 wire BZEE sent to U.S. Company 1 on or about May 25, 2023, appears to have been funded by three wire transfers totaling approximately $125,346[5] into BZEE's U.S. Bank 1 account from a company in Massachusetts focusing on circuit breakers, fuses, and transformers (U.S. Company 2). U.S. Company 2 has no known connection to ALKOZAI or BZEE. From in or around March 2023 to in or around May 2023, ALKOZAI, through BZEE, served as the financial facilitator of a business transaction between an individual (INDIVIDUAL 2) and U.S. Company 2. Bank records show that INDIVIDUAL 2 and U.S. Company 2 communicated regarding a sale of circuit breakers from INDIVIDUAL 2 to U.S. Company 2. As part of that sale, on or about April 10, 2023, INDIVIDUAL 2 gave U.S. Company 2 wiring instructions that included BZEE's name, the 4000 Massachusetts Avenue address affiliated with BZEE and ALKOZAI, and a U.S. Bank 1 account number associated with BZEE as the destination for the payment associated with the circuit breakers.

29.    Additional incoming transfers to the BZEE account from sources with unknown connections to ALKOZAI included $21,996 sent on or about April 10, 2023, from an individual in Buffalo Grove, Illinois; and a $45,000 wire transfer sent on or about February 21, 2023, from

---

[5] The wires were as follows: March 22, 2023: $37,979; April 11, 2023: $57,774; May 4, 2023: $29,593

what appears to be a government contractor based in Texas. The purpose of these wires and their connection to ALKOZAI is unknown.

**ALKOZAI's Use of Cryptocurrency to Further His Unlicensed Money Remitting Business**

30.    In addition to using traditional banks to facilitate the operation of his unlicensed money services business, ALKOZAI has used virtual asset service providers (VASPs) to conduct cryptocurrency transactions for overseas clients as part of this same business. Through this investigation, the FBI has identified over $4 million in the cryptocurrency denomination USDT, commonly known as Tether, moved through a single account ALKOZAI controlled from approximately March 2021 to August 2024. The exchange rate for USDT is approximately one to one with the U.S. dollar.

31.    As explained below, an analysis of the cryptocurrency transactions reveals patterns of activity similar to those described above in paras. 23-29, albeit at significantly higher dollar amounts. Based on my training and experience, I know that because cryptocurrency transactions are more difficult to regulate due to the multijurisdictional nature of the various networks, and because they exist entirely online, it is easier for individuals like ALKOZAI to send and receive substantially larger amounts of money through cryptocurrency than through traditional banks. Moreover, as detailed below, ALKOZAI has used internal transfers between cryptocurrency accounts controlled by him to further obfuscate his illegal activities.

32.    Of the $4 million referenced above, approximately $1.67 million was transferred directly to recipients overseas, approximately $1.9 million was transferred to an unhosted cryptocurrency wallet for which ALKOZAI's Foreign VASP 1 account paid the initial gas,[6]

---

[6] As noted above, unlike wallets hosted by VASPs, unhosted wallets are completely controlled by the user. Because they are not managed by VASPs, to send funds from an unhosted wallet the user must first add "gas," or initial funds, to the wallet.

approximately $1 million went to other unhosted cryptocurrency addresses, approximately $345,000 was transferred to other cryptocurrency accounts known to be held by ALKOZAI on other VASPs, and approximately $100,000 was transferred to accounts labeled by commercial cryptocurrency analysis software as affiliated with a "suspected sanctioned jurisdiction."

33.     On or about February 9, 2021, ALKOZAI opened an account with Foreign VASP 1, headquartered in the Seychelles. As part of the standard VASP due diligence process called "Know Your Customer" (KYC), ALKOZAI provided a picture of his Afghan passport. ALKOZAI also provided the same phone number and email address associated with his account at U.S. Bank 1, *see* paras. 21 & 22). The user ID associated with ALKOZAI's Foreign VASP 1 account ends in 8553.

34.     As described below, ALKOZAI has transferred funds between a network of hosted and unhosted wallets to facilitate the movement of large sums of money overseas. A review of the activity in ALKOZAI's Foreign VASP 1 account reveals at least $4,342,956 in USDT deposits between approximately November 20, 2022, and October 24, 2023; and $4,655,553 in USDT withdrawals between approximately November 22, 2022, and October 24, 2023. The following chart demonstrates a common pattern of activity in which ALKOZAI moves funds between hosted

11

and unhosted wallets prior to sending money overseas, again using internal transfers that further

obfuscate the true nature of the transactions:



35.    On or about March 30, 2021, ALKOZAI opened an account with Foreign VASP 2,

also headquartered in the Seychelles. As part of the due diligence KYC process, ALKOZAI

provided a picture of his Afghan passport bio page, as well as a selfie. ALKOZAI also provided

the same phone number and email address associated with his account at U.S. Bank 1, *see* paras.

21 & 22, and at Foreign VASP 1, *see* para. 33). The user ID associated with ALKOZAI's Foreign

VASP 2 account ends in 1312.

36.    Foreign VASP 2 records indicate that, between March 22, 2023, and April 6, 2023,

ALKOZAI sent $180,010 in USDT to an Afghan national residing overseas (INDIVIDUAL 3).

An excerpt of this transaction activity is described in the following paragraphs and chart below.

The Internet Protocol (IP) data associated with INDIVIDUAL 3's transactions indicate

INDIVIDUAL 3 was in Kabul, Afghanistan, when INDIVIDUAL 3 received the cryptocurrency

from ALKOZAI.

37.    While the FBI has not obtained IP data for ALKOZAI for the dates associated with

his transactions with INDIVIDUAL 3 (March 22, 2023, and April 6, 2023), ALKOZAI is known

to have been in the United States during that period because of purchases made on his debit card.

For example, on or about March 22, 2023, ALKOZAI made a $5.00 purchase using his U.S. Bank 1 debit card to rent a bicycle in Washington, D.C. Similarly, on or about April 5, 2023, ALKOZAI used his debit card to pay $0.92 at a parking meter in Washington, D.C.

38.    ALKOZAI's transactions with INDIVIDUAL 3 follow a similar pattern to the activity described above. As demonstrated below, ALKOZAI received $49,900 into his Foreign VASP 1 account. The next day, ALKOZAI sent $49,999 from his Foreign VASP 1 account to his Foreign VASP 2 account, and then a few hours later transferred $49,999 to INDIVIDUAL 3. As seen in the table below, ALKOZAI first sent INDIVIDUAL 3 $10. Based on my training and experience, individuals using cryptocurrency to transfer money for business purposes, both legal and illicit, often first send small dollar amounts to the recipient as a test transaction. The following tables illustrate ALKOZAI's patterns of money movement with INDIVIDUAL 3 as well as with INDIVIDUAL 4, INDIVIDUAL 5, INDIVIDUAL 6, and INDIVIDUAL 7:

| Date | Description | Outflow (USDT) | Inflow (USDT) |
|---|---|---|---|
| 2023-03-20 17:51:56 | Received from INDIVIDUAL 4 to ALKOZAI's Account at Foreign VASP 1 | | 49,900.00 |
| 2023-03-20/21 02:20:22 | Internal Transfer from ALKOZAI's Account at Foreign VASP 1 to ALKOZAI's Account at Foreign VASP 2 | 49,999.00 | |
| 2023-03-22 13:58:48 | Sent to INDIVIDUAL 3 from ALKOZAI's Account at Foreign VASP 2 | 10.00 | |
| 2023-03-22 14:23:59 | Sent to INDIVIDUAL 3 from ALKOZAI's Account at Foreign VASP 2 | 49,990.00 | |
| | *Subtotal* | *50,000.00* | *49,999.00* |

| | | | |
|---|---|---|---|
| 2023-03-27 19:44:36 | Received from INDIVIDUAL 4 to ALKOZAI's Account at Foreign VASP 1 | | 30,988.00 |
| 2023-03-27/28 03:54:12 | Internal transfer from ALKOZAI's Account at Foreign VASP 1 to ALKOZAI's Account at Foreign VASP 2 | 30,987.00 | |
| 2023-03-28 12:53:11 | Sent to INDIVIDUAL 3 from ALKOZAI's Account at Foreign VASP 2 | 20,000.00 | |
| | **Subtotal** | **20,000.00** | **30,988.00** |
| 2023-04-03 16:49:36 | Received from INDIVIDUAL 5 to ALKOZAI's Account at Foreign VASP 1 | | 49,999.00 |
| 2023-04-03 22:15:17 | Received from Unhosted Wallet to ALKOZAI's Account at Foreign VASP 1 | | 15,000.00 |
| 2023-04-03 22:49:16 | Received from Unhosted Wallet to ALKOZAI's Account at Foreign VASP 1 | | 10,632.00 |
| 2023-04-04 12:46:36 | Received from Unidentified Hosted Wallet to ALKOZAI's Account at Foreign VASP 1 | | 27,000.00 |
| 2023-04-04 17:25:16 | Received from Unhosted Wallet to ALKOZAI's Account at Foreign VASP 1 | | 10.00 |
| 2023-04-04 17:56:56 | Received from Unhosted Wallet to ALKOZAI's Account at Foreign VASP 1 | | 21,040.00 |
| 2023-04-04 20:11:36 | Received from INDIVIDUAL 6[7] to | | 44,999.00 |

[7] INDIVIDUAL 6 is a Brazilian national residing outside the United States who, as of October 20, 2025, had a Red Notice issued against them by Belgian authorities. The Red Notice alleges INDIVIDUAL 6's affiliation with an international money laundering organization.

14

| | | | |
|---|---|---|---|
| | ALKOZAI's Account at Foreign VASP 1 | | |
| 2023-04-05 14:59:11 | Internal transfer from ALKOZAI's Account at Foreign VASP 1 to ALKOZAI's Account at Foreign VASP 2 | 168,679.00 | |
| | *Subtotal* | *168,679.00* | *168,680.00* |
| 2023-04-05 15:05:51 | Sent to INDIVIDUAL 7 from ALKOZAI's Account at Foreign VASP 2 | 20.00 | |
| 2023-04-05 15:19:31 | Sent to INDIVIDUAL 7 from ALKOZAI's Account at Foreign VASP 2 | 99,970.00 | |
| 2023-04-06 15:24:31 | Sent to INDIVIDUAL 3 from ALKOZAI's Account at Foreign VASP 2 | 100.00 | |
| 2023-04-06 17:02:01 | Sent to INDIVIDUAL 3 from ALKOZAI's Account at Foreign VASP 2 | 49,900.00 | |
| 2023-04-06 17:46:01 | Sent to INDIVIDUAL 3 from ALKOZAI's Account at Foreign VASP 2 | 30,000.00 | |
| | *Subtotal* | *179,900.00* | *168,679.00* |

39.     Furthermore, Foreign VASP 2 records show that, between April 27, 2023, and September 24, 2023, ALKOZAI sent $491,631 in USDT to an Afghan national residing overseas (INDIVIDUAL 8). IP data associated with INDIVIDUAL 8's Foreign VASP 2 account indicates that INDIVIDUAL 8 was in Kabul, Afghanistan, during this time. Furthermore, IP data associated

15

with ALKOZAI's activity indicates that ALKOZAI was in Washington, D.C., during this timeframe.

40.     As with his transactions with INDIVIDUAL 3, ALKOZAI's cryptocurrency transactions with INDIVIDUAL 8 show a clear pattern indicating a money services business. As shown below, on May 10, 2023, ALKOZAI received $57,298 into his Foreign VASP 1 account. The next day, on May 11, 2023, ALKOZAI transferred $57,413 to his Foreign VASP 2 account. Less than five minutes later, ALKOZAI sent $57,600 to INDIVIDUAL 8. The following table highlights this sequence, as well as two other examples of transactions to INDIVIDUAL 8 that follow the same pattern:

| Date | Description | Outflow (USDT) | Inflow (USDT) |
|---|---|---|---|
| 2023-05-10 16:53:16 | Received from INDIVIDUAL 9 to ALKOZAI's Account at Foreign VASP 1 | | 9.00 |
| 2023-05-10 16:58:01 | Received from INDIVIDUAL 9 to ALKOZAI's Account at Foreign VASP 1 | | 52,489.00 |
| 2023-05-10 18:38:01 | Received from Unhosted Wallet to ALKOZAI's Account at Foreign VASP 1 | | 4,800.00 |
| 2023-05-11 13:41;34 | Internal transfer from ALKOZAI's Account at Foreign VASP 1 to ALKOZAI's Account at Foreign VASP 2 | 57,413.00 | |
| 2023-05-11 13:45:14 | Sent to INDIVIDUAL 8 from ALKOZAI's Account at Foreign VASP 2 | 57,600.00 | |
| 2023-05-14 11:41:30 | Received from Unhosted Wallet to ALKOZAI's Account at Foreign VASP 1 | | 44,900.00 |

| | | | |
|---|---|---|---|
| 2023-05-14 11:43:03 | Received from Unhosted Wallet to ALKOZAI's Account at Foreign VASP 1 | | 1,900.00 |
| 2023-05-14 21:30:35 | Internal transfer from ALKOZAI's Account at Foreign VASP 1 to ALKOZAI's Account at Foreign VASP 2 | 46,799.00 | |
| | **Subtotal** | **46,799.00** | |
| 2023-05-14 21:33:15 | Sent to INDIVIDUAL 8 from ALKOZAI's Account at Foreign VASP 2 | 46,800.00 | |
| 2023-06-23 09:30:50 | Received from INDIVIDUAL 10 to ALKOZAI's Account at Foreign VASP 1 | | 109.00 |
| 2023-06-23 10:55:20 | Received from INDIVIDUAL 10 to ALKOZAI's Account at Foreign VASP 1 | | 94,999.00 |
| 2023-06-23 19.40.40 | Internal transfer from AL.KOZAI's Account at Foreign VASP 1 to ALKOZAI's Account at Foreign VASP 2 | 95,000.00 | |
| 2023-06-23 19:45:35 | Sent to INDIVIDUAL 8 from ALKOZAI's Account at Foreign VASP 2 | 95,000.00 | |

41.    Moreover, Foreign VASP 2 records associated with User ID X1312 reveal that, between November 11, 2023, and February 1, 2024, ALKOZAI sent $497,643 in USDT to an Afghan national residing overseas (INDIVIDUAL 11). The IP data associated with INDIVIDUAL 11's Foreign VASP 2 account indicates that, during that same time period, INDIVIDUAL 11 was

17

in Kabul, Afghanistan, and the United Arab Emirates. Furthermore, IP data associated with ALKOZAI's activity indicates that ALKOZAI was in Washington, D.C., during this timeframe.

42.    The table below highlights three examples in which ALKOZAI received funds into his Foreign VASP 2 account shortly before (ranging from days to minutes) ALKOZAI sent the money to INDIVIDUAL 11's account. As demonstrated below, in two of the examples the money coming into ALKOZAI's Foreign VASP 2 account was received from unhosted wallets. In the third example, the money was received from INDIVIDUAL 6:

| Date | Description | Outflow (USDT) | Inflow (USDT) |
|---|---|---|---|
| 2023-11-11 01:39:14 | Received from an Unhosted Wallet to ALKOZAI's Account at Foreign VASP 2 | | 30,002.00 |
| 2023-11-11 02:50:41 | Received from an Unhosted Wallet to ALKOZAI's Account at Foreign VASP 2 | | 20,105.00 |
| 2023-11-11 10:49:01 | Sent to INDIVIDUAL 11 from ALKOZAI's Account at Foreign VASP 2 | 9.00 | |
| 2023-11-11 16:34:25 | Sent to INDIVIDUAL 11 from ALKOZAI's Account at Foreign VASP 2 | 49,999.00 | |
| | *Subtotal to INDIVIDUAL 11* | *50,008.00* | *50,107.00* |
| 2023-11-29 08:36:04 | Received from an Unhosted Wallet to ALKOZAI's Account at Foreign VASP 2 | | 10,850.00 |
| 2023-11-29 13:09:52 | Sent to INDIVIDUAL 11 from ALKOZAI's Account at Foreign VASP 2 | 10,849.00 | |
| 2023-12-10 01:44:55 | Received from INDIVIDUAL 6 to ALKOZAI's Account at Foreign VASP 2 | | 19,999.00 |
| 2023-12-10 01:49:14 | Received from INDIVIDUAL 6 to | | 53,467.55 |

| Date | Description | Outflow (USDT) | Inflow (USDT) |
|---|---|---|---|
| | ALKOZAI's Account at Foreign VASP 2 | | |
| 2023-12-10 16:55:24 | Sent to INDIVIDUAL 11 | 65,000.00 | |
| | *Subtotal to INDIVIDUAL 11* | *65,000.00* | *73,466.55* |

43.     Records associated with ALKOZAI's Foreign VASP 2 account reveal that ALKOZAI also moved USDT from hosted accounts through unhosted accounts en route to overseas recipients. The tables below highlight three examples in which ALKOZAI transferred USDT totaling $546,995 from his Foreign VASP 2 account to an unhosted wallet (UNHOSTED WALLET 1) "gassed" by Foreign VASP 2, and then immediately from UNHOSTED WALLET 1 to an overseas recipient[8]:

| Date | Description | Outflow (USDT) | Inflow (USDT) |
|---|---|---|---|
| 2024-02-10 22:06 | Transfer from ALKOZAI's account at Foreign VASP 2 to UNHOSTED WALLET 1 | | 20,128.20 |
| 2024-02-10 22:15 | Transfer from UNHOSTED WALLET 1 to INDIVIDUAL 12 | 19,995.03 | |
| 2024-03-28 01:28 | Transfer from ALKOZAI's account at Foreign VASP 2 to UNHOSTED WALLET 1 | | 49,999.00 |
| 2024-03-28 01:33 | Transfer from UNHOSTED WALLET 1 to INDIVIDUAL 12 | 50,000.00 | |
| | *Subtotal to INDIVIDUAL 12* | *69,995.03* | *70,127.20* |

[8] INDIVIDUAL 12 is a Turkish national whose IP addresses place them in Turkey at the time of the referenced transactions. INDIVIDUAL 13 is a Kazakh national whose IP addresses place them in Kazakhstan at the time of the referenced transactions. INDIVIDUAL 14 is an Afghan national whose IP addresses place them in Afghanistan at the time of the referenced transactions.

| Date | Description | Outflow (USDT) | Inflow (USDT) |
|---|---|---|---|
| 2024-03-25 15:46 | Transfer from ALKOZAI's account at Foreign VASP 2 to UNHOSTED WALLET 1 | | 100,000.00 |
| 2024-03-25 15:50 | Transfer from UNHOSTED WALLET 1 to INDIVIDUAL 13 | 500.00 | |
| 2024-03-25 15:54 | Transfer from ALKOZAI's account at Foreign VASP 2 to UNHOSTED WALLET 1 | | 282,734.93 |
| 2024-03-25 15:58 | Transfer from UNHOSTED WALLET 1 to INDIVIDUAL 13 | 381,500.00 | |
| | *Subtotal to INDIVIDUAL 13* | *382,000.00* | *382,734.93* |

| Date | Description | Outflow (USDT) | Inflow (USDT) |
|---|---|---|---|
| 2024-05-02 19:56 | Transfer from ALKOZAI's account at Foreign VASP 2 to UNHOSTED WALLET 1 | | 29,099.00 |
| 2024-05-02 20:11 | Transfer from UNHOSTED WALLET 1 to INDIVIDUAL 14 | 10.00 | |
| 2024-05-02 20:16 | Transfer from UNHOSTED WALLET 1 to INDIVIDUAL 14 | 29,990.00 | |
| | | | |
| 2024-05-02 19:47 | Transfer from ALKOZAI's account at Foreign VASP 2 to UNHOSTED WALLET 1 | | 64,999.00 |
| 2024-05-02 19:48 | Transfer from UNHOSTED WALLET 1 to INDIVIDUAL 14 | 65,000.00 | |
| | *Subtotal to INDIVIDUAL 14* | *95,000.00* | *94,098.00* |

44.     The transfer of USDT from VASP 1 to VASP 2 prior to sending funds overseas (paras. 34-42), as well as the transfer of USDT from VASP 2 to UNHOSTED WALLET 1 (para. 43), highlight ALKOZAI's attempts to obfuscate the source, routing, and nature of the transactions. In the above examples, instead of simply sending money from VASP 1 or VASP 2

to the overseas recipient, ALKOZAI routed the money through an extra layer of transactions, creating a buffer between the source of the funds and the recipient.

45.    ALKOZAI's traditional bank accounts also reflect a similar pattern of obfuscation. Of the $507,880 received into the ALKOZAI account held at U.S. Bank 1 between 2021 and 2023, $263,750 were transferred into the ALKOZAI account from the BZEE account. Similarly, of the $512,527 received into the BZEE account between 2021 and 2023, $227,100 was transferred in from the ALKOZAI account

**ALKOZAI's Recording of Monetary Transactions Related to his Unlicensed Money Remitting Business**

46.    The results of criminal search warrants have revealed screenshots and .pdf exports of digital ledgers maintained by ALKOZAI using a digital application called MyKhata. The MyKhata screenshots detail credits and debits associated with financial transactions, including amounts and where the money is coming from and going to. Below are some examples of the screenshots found in the search warrant returns:

**Zee USD**

**Khatabook**

## Office Kabul Statement
Phone Number: +93-731007384

(07 Jan 2020 - 07 Mar 2023)

| Opening Balance | Total Debit(-) | Total Credit(+) | Net Balance |
|---|---|---|---|
| $0.00 | $16,03,700.00 | $15,97,638.00 | $6,062.00 Dr |
| (on 07 Jan 2020) | | | (Office will give) |

No. of Entries: 127 (Date Range)

| Date | Details | Debit(-) | Credit(+) | Balance |
|---|---|---|---|---|
| 13 June 2021 | | | | (Opening Balance: 0.00) |
| 13 Jun | بقایا یی سابقه | 4,819.00 | | 4,819.00 Dr |
| 24 Jun | Yousaf in VA 2nd Time / | 20,000.00 | | 24,819.00 Dr |
| 24 Jun | By Nasrin Noori Ghazni | 22,050.00 | | 46,869.00 Dr |
| 27 Jun | China ¥ to Javid Ukraine | | 10,942.00 | 35,927.00 Dr |
| 29 Jun | China ¥ to Javid Ukraine | | 4,320.00 | 31,607.00 Dr |
| 29 Jun | Cash to Zia in VA by Ahmadi | | 50,000.00 | 18,393.00 Cr |
| 30 Jun | NY by Me | 19,000.00 | | 607.00 Dr |
| 30 Jun | Nasir Munsif CA | | 35,000.00 | 34,393.00 Cr |
| 30 Jun | Nasir Munsif CA | | 25,000.00 | 59,393.00 Cr |
| June Total | | 65,869.00 | 1,25,262.00 | |

July 2021

| Date | Details | Debit(-) | Credit(+) | Balance |
|---|---|---|---|---|
| 01 Jul | Nasir Munsif CA | | 21,600.00 | 80,993.00 Cr |
| 02 Jul | Yaseen Hazara | 21,800.00 | | 59,193.00 Cr |

22

## My Private Khahata — myKhata >

### Kabul OFFICE Statement
01 January 2023 - 27 November 2023

| Total Debit(-) | Total Credit(+) | Net Balance |
|---|---|---|
| $ 5,262,810.00 | $ 5,066,222.00 | $ 196,588.00 |

No.of Entries: 263

| Date | Name | Details | Debit(-) | Credit(+) |
|---|---|---|---|---|
| **January 2023** | | | | |
| 01 Jan | Kabul OFFICE | Old Record from another book | $ 6,062.00 | |
| 20 Jan | Kabul OFFICE | To my Company Bank truist by A company | | $ 12,000.00 |
| **Total** | | | **$ 6,062.00** | **$ 12,000.00** |
| **February 2023** | | | | |
| 05 Feb | Kabul OFFICE | Cash from Ameen Shujaa CA | | $ 7,000.00 |
| 07 Feb | Kabul OFFICE | Ab Qadeer Ustad to my Bank truist | | $ 9,570.00 |
| 13 Feb | Kabul OFFICE | Paid to Haji Khan for Javid | | $ 5,000.00 |
| 14 Feb | Kabul OFFICE | Dr Hesham Mahmoodyan | $ 70,000.00 | |
| 14 Feb | Kabul OFFICE | DR DELAWER Person in MD Port | $ 29,400.00 | |
| 14 Feb | Kabul OFFICE | Lady Ukraine in NY | $ 95,000.00 | |
| 14 Feb | Kabul OFFICE | MOHIBULLAH CT | | $ 210,000.00 |
| 16 Feb | Kabul OFFICE | Salar Irani in Tyson VA | $ 30,000.00 | |
| **Total** | | | **$ 224,400.00** | **$ 231,570.00** |
| **March 2023** | | | | |
| 07 Mar | Kabul OFFICE | Hekmat Talash 2900$. Zahid Travel Agency 450$. Khomaini VA 1000$. Fazal home 350$. +5% | | $ 4,935.00 |

47.    As highlighted in the examples above, each MyKhata entry falls under a header, such as "Kabul Office," "USDT Statement," "USDT Turkey Statement," or the name of a specific individual. A review of one of the "Kabul Office Statements," covering the period January 1, 2023, to November 27, 2023, indicates credits totaling $5,066,222 and debits totaling $5,262,810. The ledger includes memos that highlight the business nature of the transactions, such as:

- "Paid to [Name Redacted] for [Name Redacted]"

- "86860 + 1% commission to UAE [Name Redacted] Malaysia"

- "500000 AED to [Name Redacted] 1.225% Kabul Dubai commission"

48.    A separate "Kabul Office Statement," covering August 9, 2023, to January 1, 2024, details $28,671 worth of debits. Included in the debits are line items specifically highlighting profits, such as:

- 8/9/23: "Profit from 100/000 to [Name Redacted]" [this item was associated with a $700 debit].

- 8/10/23: "Profit from 13/000 wire to [Name Redacted] Account" [this item was associated with a $366 debit].

49.    Additionally, in the same ledger, there is an entry dated April 6, 2023, for a $37,979 credit associated with INDIVIDUAL 15. Of note, that is the exact amount wired to the BZEE account by U.S. Company 2 on or about March 22, 2023, described above in para. 28, n.5.

50.    In the MyKhata ledger below [highlight added], an April 5, 2023 entry for $2,780 is accompanied with the memo "To my BZEE LLC account." Legal returns from U.S. Bank 1

24

show a deposit into the BZEE account on April 4, 2023, for $2,780, indicating that ALKOZAI

sent this money (assessed to be his commission or profit on the transaction) to the BZEE account.

**April 2023**

| 02 Apr | Kabul OFFICE | Babur Sahib | $ 102,000.00 | |
|---|---|---|---|---|
| 02 Apr | Kabul OFFICE | € 50000+35400+40000+50000+50000 = 225400@ 1.085 | | $ 244,559.00 |
| 04 Apr | Kabul OFFICE | Rokhan Belgium 50000 x 109 in 04 Number | | $ 54,500.00 |
| 05 Apr | Kabul OFFICE | To rokhan in Belgium 🇧🇪 44000 € x 1.095 | | $ 48,180.00 |
| 05 Apr | Kabul OFFICE | 100000 USDT + 2% to Amiri 2 account | $ 102,000.00 | |
| 05 Apr | Kabul OFFICE | To my BZEE LLC account | | $ 2,780.00 |
| 06 Apr | Kabul OFFICE | INDIVIDUAL 15 | | $ 37,979.00 |
| 06 Apr | Kabul OFFICE | 40000€ @1.095 to rokhan | | $ 43,800.00 |
| 06 Apr | Kabul OFFICE | Amiri Sahib | $ 81,600.00 | |
| 06 Apr | Kabul OFFICE | For 25000£ Javid Ukraine | | $ 30,500.00 |
| 06 Apr | Kabul OFFICE | From Ali kahata exchange | $ 7,247.00 | |
| 07 Apr | Kabul OFFICE | 28000 x 1.095 To rokhan by najeeb interpin | | $ 30,660.00 |
| 08 Apr | Kabul OFFICE | 35000 @ 1.095 15k Javid and 20k Lal Gul to rokhan | | $ 38,325.00 |
| 08 Apr | Kabul OFFICE | 50000 x 1.09 to khybar | | $ 54,500.00 |
| 10 Apr | Kabul OFFICE | ▨▨▨▨ ▨▨▨▨ ▨▨▨▨ ▨▨▨▨ | $ 25,500.00 | |

51.    Similarly, in the same ledger, there is an April 13, 2023 entry for $21,996 with the

accompanying memo, "To my [U.S. Bank 1] bank". Legal returns from U.S. Bank 1 highlight an

incoming wire transaction to the BZEE account on April 10, 2023, for $21,996.

52.     Furthermore, ALKOZAI maintained MyKhata ledgers accounting for his USDT transfers. A ledger titled "USDT Statement" noted $1,546,762 in credits and $1,834,849 in debits from August 30, 2023, to September 5, 2023. ALKOZAI also maintained a ledger for international transactions, like the "USDT Turkey Statement," which details $616,980 in credits and $490,932 in debits from June 1, 2023, to June 17, 2023.

53.     Based on my training and experience I know that individuals often receive emails from financial institutions and crypto currency exchanges highlighting account activity and confirming specific transactions. Furthermore, based on my training and experience, I know that individuals involved in criminal financial schemes often have multiple surreptitious bank and cryptocurrency accounts, and accordingly it is common for such individuals to receive notifications from these various accounts to their emails.

54.     Based on the information detailed above, including the search warrant data, I believe ALKOZAI likely has continued his unlicensed money services business through this year.

55.     On October 10, 2025, the FBI received certified records from the Financial Crimes Enforcement Network (FinCEN) related to the investigation into ALKOZAI. The records provided by FinCEN revealed that no licenses to operate a money services business existed for ALKOZAI, any variation of his name, or BZEE. Furthermore, on September 26, 2025, FBI agents conducted additional searches on a publicly available FinCEN website, which allows users to search the FinCEN repository of licensed Money Services Businesses[9]. Searches of the FinCEN database for BZEE and ALKOZAI did not return any results. Of note, both Washington, D.C. and the state of

---

[9] https://www.fincen.gov/msb-state-selector

Virginia require registration with FinCEN in order to obtain a license to operate a money services business.

56.    Accordingly, it does not appear ALKOZAI is or has ever been licensed to operate a money services business in his name or in the name of BZEE. Furthermore, neither ALKOZAI nor BZEE appear on the publicly available list of money transmitter businesses operating in Virginia as of September 25, 2025. Moreover, a September 25, 2025, search of the publicly available database of money transmitter businesses in Washington, D.C., did not yield any results for ALKOZAI or BZEE.

57.    Based on my training and experience, the high volume of incoming and outgoing transfers of money to and from seemingly unrelated businesses and individuals, through multiple money services accounts, in both his name and a business entity (BZEE), indicates that ALKOZAI is operating a money services business.

58.    Based on my training and experience, I know that individuals who operate money services businesses and those who launder money often take a commission of 1% to 3% per transaction. Applying this principal to the $2,2 million referenced in paragraph 15, it is likely that from 2021 to 2023 ALKOZAI has netted a profit ranging from $22,000 to $66,000.

## CONCLUSION

59.     Based on the forgoing factual allegations, there is probable cause to believe that ALKOZAI has committed violations of 18 U.S.C. § 1960(a) (Prohibition of unlicensed money transmitting businesses) and 18 U.S.C. § 1956(a)(2)(A) (Laundering of monetary instruments).

Respectfully submitted,



_____
Mohammed Aizaz Tareen
Special Agent
Federal Bureau of Investigation

Subscribed and sworn telephonically pursuant to Fed. R. Crim. P. 4.1 on December 2, 2025.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE